Alliance One
1160 Centre Pointe Dr. Ste 1
Mendota Heights, MN   55120

Associated Recovery Services
201 West Grand Avenue
Escondido, CA   92025

Balogh Becker, Ltd
4150 Olson Memorial Hwy. #200
Minneapolis, MN   55422-4811

Bank Of America
PO Box 5270
Carol Stream , IL   60197-5270

Bank One Visa Card
P.O. Box 94014
Palantine, IL   60094-4014

Bank One/First USA
PO Box 94014
Palantine, IL   60094-4014

Beneficial
PO Box 8873
Virginia Beach, VA   23450-8873

Beneficial
PO Box 8633
Elmhurst, IL   60126

Brian Betsworth
1475 Loch Lomond Drive
Crystal Lake, IL   60014

Capital One
PO Box 85015
Richmond, VA   23285-5015

Celink
3900 Capital City Boulevard
Lansing, MI   48906

Chase
PO Box 15902
Wilmington, DE   19850-5902

Citi Cards
PO Box 6403
The Lakes, NV   88901-6403

Clearpointe Capital, Inc

88 South Portland Street, #203
PO Box 787
Fond Du Lac, WI  54936-0787

Client Services, Inc.
3451 Harry Truman Blvd.
St.Charles, MO  63301-4047

Collegiate Funding Services
PO Box 6004
Ridgeland, MS  39158

Creditors Interchange
PO Box 1335
Buffalo, NY  14240-1335

Ford Credit
PO Box 64400
Colorado Springs, CO  80962-4400

George Restovich
117 East Center Street
Rochester, MN  55904

Imperial Collection Services
PO Box 369
Concord, CA  94522

IRS
Mail Stop 5700
316 North Robert Street
St Paul, MN  55101

National Financial Systems
600 West John street
PO Box 9041
Hicksville, NY  11802-9046

NCB Management Services, Inc.
PO Box 1099
Langhorne, PA  19047

Professional Recovery Services
7040 Lakeland Ave. N., #200
Minneapolis, MN  55428

Risk Management Alternatives
PO Box 105804
Atlanta, GA  30348

USAA Credit Card Services
10750 McDermott Fwy
San Antonio, TX  78288-0596

Wolpoff & Abramson, LLP
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD  20850-5775